NOT FOR PUBLICATION                                                              (Doc. Nos. 11, 14)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

|  |  |
|---|---|
| JOHN ZERVAS AND SANDRA MULA, | |
| Plaintiffs, | Civil No. 16-8543 (RBK/AMD) |
| v. | **ORDER** |
| ASSURED FIRE/WATER RESTORATION, et al., | |
| Defendants. | |

**KUGLER,** United States District Judge:

**THIS MATTER** having come before the Court upon John Zervas and Sandra Mula ("Plaintiffs")'s Motion for Default Judgment (Doc. No. 11) and Defendants Assured Fire/Water Restoration, Anthony Persiano, Carmelo Strazzeri, and William Bianco ("Defendants")'s Cross Motion to Set Aside Entry of Default (Doc. No. 14), and the Court having considered the moving papers and responses thereto, and for the reasons expressed in the Opinion issued on this date;

**IT IS HEREBY ORDERED** that Defendants' Cross Motion to Set Aside Entry of Default is **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that Plaintiffs' Motion for Entry of Default Judgment is **DENIED**.

**IT IS HEREBY FURTHER ORDERED** that Defendants shall file an Answer to Plaintiff's Complaint on or before **July 6, 2017**.

Dated:   06/22/17                                                                 s/ Robert B. Kugler
                                                                                 ROBERT B. KUGLER
                                                                                 United States District Judge