**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**
(Camden Vicinage)

| | |
|---|---|
| **John Zervas and Sandra Mula**<br><br>Plaintiffs,<br><br>vs.<br><br>**Assured Fire/Water Restoration**, **Anthony Persiano, Carmello Strazzeri, And William Bianco**<br><br>Defendants. | **CIVIL ACTION NO. 1:16-cv-08543-RBK-AMD**<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

TO:

D. Max Friedman, Esquire
Shapiro, P.A.
mfriedman@schapiropa.com
(Via ECF and Email Correspondence)

PLEASE TAKE NOTICE that on June 18, 2018, at 9:00 a.m., or on a date to be selected by the Court, or as soon thereafter as counsel may be heard, plaintiffs shall ove before this Court for an Order for Summary Judgment.

Plaintiffs rely upon the enclosed Brief and Declarations, with exhibits, in support of this Motion. A Proposed Order is annexed hereto.

Oral argument is respectfully requested.

                                                            Respectfully Submitted,

**/s/ Paul F. Jenkins**
NJ Attorney # 016531995
**LAW OFFICE OF PAUL F. JENKINS**
7 MacArthur Boulevard, Suite 1008
Haddon Township, NJ 08108
Telephone: 609.941.5651
Fax: 856.946.1138
paul@pjenkinslaw.com